FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEDROCK MASONRY, INC.; MONSTER CONCRETE, LLC; and the UNITED STATES for the benefit and use of Bedrock Masonry, Inc., an Idaho corporation, and Monster Concrete, LLC., <br><br> Plaintiffs/Counter Defendants, <br><br> vs. <br><br> INNOVATIVE CONSTRUCTION & DESIGN, LTD, a Washington corporation; and BERKLEY INSURANCE COMPANY, a Delaware corporation, <br><br> Defendants/Counter Claimants. | No. 2:19-cv-00429-MKD <br><br> ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIMS BY OR AGAINST MONSTER CONCRETE, LLC <br><br> **ECF No. 55** |

Before the Court is the parties' Stipulated Motion to Dismiss All Claims By or Against Monster Concrete, ECF No. 55. The parties stipulate to the dismissal of all claims brought by Monster Concrete, LLC, against Innovative Construction & Design, LTD, and Berkley Insurance Company, and all counterclaims brought by the latter two parties against Monster Concrete, LLC, with prejudice and without

ORDER - 1

an award of attorneys' fees or costs to any party.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.  The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss All Claims By or Against Monster Concrete, **ECF No. 55**, is **GRANTED.**

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this matter brought by Monster Concrete, LLC, and all counterclaims in this matter brought against Monster Concrete, LLC, are **DISMISSED with prejudice**, without an award of fees or costs.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this order, provide copies to counsel, and **TERMINATE Monster Concrete, LLC, from this action**.

DATED December 13, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE
