FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEDROCK MASONRY, INC, and the UNITED STATES for the benefit and use of Bedrock Masonry, Inc., an Idaho corporation,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>INNOVATIVE CONSTRUCTION & DESIGN, LTD, a Washington corporation; and BERKLEY INSURANCE COMPANY, a Delaware corporation,<br><br>Defendants/Counterclaim Plaintiffs. | No. 2:19-CV-00429-MKD<br><br>ORDER RE STIPULATED MOTION TO DISMISS<br><br>**ECF No. 68** |

Before the Court is the parties' Stipulated Motion to Dismiss. ECF No. 68. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is

ORDER - 1

signed by all parties who have appeared and have not already been dismissed from the case.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss, **ECF No. 68**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. All pending motions, if any, are **DENIED as moot**.

4. All pending dates and deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE THE FILE.**

DATED February 11, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2